# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CIVIL MINUTES

**Case No.:** 3:09-cv-472  **At:** Knoxville - Courtroom 3B  **Date:** August 20, 2013

**Style:** Perma-Fix Northwest Richland, Inc.  v.  Philotechnics, LTD, et al.,

---

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

|  |  | Danielle Goins |
|---|---|---|
| Rachel Stone | None present | Leah McClanahan |
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

|  | Jack Tallent |
|---|---|
| Francis Lloyd | Clark Spoden |
| John Carl Person | Anthony F. Caffrey, III |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

**Proceedings:**

The Court and the parties' discussed the status of the materials at issue in this case and the information conveyed in the most recent status report Doc. [125].  The Court instructed:

1. The parties are to contact the law clerk to the Magistrate Judge within a week to inform the Court that Task No. 2 (container LL08402464) was shipped;

2. The attorneys agreed to discuss amongst themselves and/or with WIP/SWRI/LANL with regard to some method/procedure for disclosure of when the container in Task No. 2 is actually delivered to the final disposal site in Nevada;

3. The parties shall appear before the Court on November 20, 2013, at 2 p.m.  At that time, the Court will be looking for an update on the completion of Task No. 4 and Task No. 5 as well as the status of Tasks 6 and 7.  The Court also plans to set any appropriate pretrial deadlines.  If they elect to do so, the parties may file a status report before this conference, so long as it is filed 48 hours in advance of the conference.  The parties will provide the chambers of the Magistrate Judge with a conference call-in #; and

4. This matter is set to proceed to trial at 9:00 a.m. on May 13, 2014, before United States District Judge Tena Campbell.

**Time:**  2:00 p.m.  **to**  3:00 p.m.