UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PERMA-FIX NORTHWEST RICHLAND, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Case No.: 3:09-CV-472 |
| | ) | |
| PHILOTECHNICS, LTD., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff/ | ) | |
| Third-Party Plaintiff/Counter-Defendant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| E. I. Du PONT de NEMOURS, | ) | |
| | ) | |
| Third-Party Defendant/Counter-Plaintiff. | ) | |

**AGREED ORDER OF DISMISSAL**

This matter has come before the Court upon the *Joint Motion for Entry of Agreed Order of Dismissal* filed by all of the parties to this action. Upon review of the motion, the Court is of the opinion that the motion is well taken and should be **GRANTED**. It is, therefore,

**ORDERED, ADJUDGED, AND DECREED** that (i) Perma-Fix Northwest Richland, Inc.'s cause of action against Philotechnics, Ltd. is **DISMISSED WITH PREJUDICE**; (ii) Philotechnics, Ltd.'s causes of action against Perma-Fix Northwest Richland, Inc. and E. I. Du Pont de Nemours are **DISMISSED WITH PREJUDICE**; (iii) E. I. Du Pont de Nemours's causes of action against Perma-Fix Northwest Richland, Inc. and Philotechnics, Ltd. are **DISMISSED WITH PREJUDICE**; (iv) this matter is **DISMISSED WITH PREJUDICE** as to all parties and all causes of action asserted in this matter; and (v) court costs are taxed in equal one-thirds (1/3) to each of the parties, for which execution may issue if necessary.

_____
United States District/Magistrate Judge

**APPROVED FOR ENTRY:**

| | |
|---|---|
| **KENNERLY, MONTGOMERY & FINLEY, P.C.** | **CARDELLI LANFEAR, P.C.** |
| | Thomas G. Cardelli (pro hac vice) |
| By: /s/ Jack M. Tallent, II | Anthony F. Caffrey III (pro hac vice) |
|     Jack M. Tallent, II (BPR # 004262) | 322 W. Lincoln |
|     Kevin C. Stevens (BPR # 023035) | Royal Oak, Michigan 48067 |
|     550 Main Street, Fourth Floor | (248) 544-1100 |
|     Bank of America Center | |
|     Knoxville, Tennessee 37902 | |
|     (865) 546-7311 | |

*Attorneys for Philotechnics, Ltd.*

| | |
|---|---|
| **LAW OFFICE OF FRANCIS L. LLOYD, JR.** | **PERSON & CRAVER LLP** |
| | John C. Person (pro hac vice) |
| By: /s/ Francis L. Lloyd, Jr. | 1025 Connecticut Ave., NW, Suite 600 |
|     Francis L. Lloyd, Jr. (BPR # 009808) | Washington D.C. 20036 |
|     9111 Cross Park Drive, Suite D-200 | (202) 466-4434 |
|     Knoxville, Tennessee 37923 | |
|     (865) 470-4077 | |

*Attorneys for Perma-Fix Northwest Richland, Inc.*

**STITES & HARBISON PLLC**

By: /s/ M. Clark Spoden
    M. Clark Spoden (BPR # 007364)
    William L. Penny (BPR # 009606)
    401 Commerce Street, Suite 800
    Nashville, Tennessee 37219
    (615) 782-2200

*Attorneys for E. I. Du Pont de Nemours*