UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

PERMA-FIX NORTHWEST RICHLAND, INC., )
)
    Plaintiff/Counter-Defendant, )
)
v. ) Case No.: 3:09-CV-472
)
PHILOTECHNICS, LTD., )
)
    Defendant/Counter-Plaintiff/ )
    Third-Party Plaintiff/Counter-Defendant. )
)
v. )
)
E. I. Du PONT de NEMOURS, )
)
    Third-Party Defendant/Counter-Plaintiff. )

## AGREED ORDER OF DISMISSAL

This matter has come before the Court upon the *Joint Motion for Entry of Agreed Order of Dismissal* filed by all of the parties to this action. Upon review of the motion, the Court is of the opinion that the motion is well taken and should be **GRANTED**. It is, therefore,

**ORDERED, ADJUDGED, AND DECREED** that (i) Perma-Fix Northwest Richland, Inc.'s cause of action against Philotechnics, Ltd. is **DISMISSED WITH PREJUDICE**; (ii) Philotechnics, Ltd.'s causes of action against Perma-Fix Northwest Richland, Inc. and E. I. Du Pont de Nemours are **DISMISSED WITH PREJUDICE**; (iii) E. I. Du Pont de Nemours's causes of action against Perma-Fix Northwest Richland, Inc. and Philotechnics, Ltd. are **DISMISSED WITH PREJUDICE**; and (iv) this matter is **DISMISSED WITH PREJUDICE** as to all parties and all causes of action asserted in this matter. Each party shall bear their own costs.

/s/ Pamela Reeves
                                                        United States District Judge

APPROVED FOR ENTRY:

KENNERLY, MONTGOMERY & FINLEY, P.C.            CARDELLI LANFEAR, P.C.
                                                Thomas G. Cardelli (pro hac vice)
By: /s/ Jack M. Tallent, II                     Anthony F. Caffrey III (pro hac vice)
    Jack M. Tallent, II (BPR # 004262)          322 W. Lincoln
    Kevin C. Stevens (BPR # 023035)             Royal Oak, Michigan 48067
    550 Main Street, Fourth Floor               (248) 544-1100
    Bank of America Center
    Knoxville, Tennessee 37902
    (865) 546-7311

*Attorneys for Philotechnics, Ltd.*

LAW OFFICE OF FRANCIS L. LLOYD, JR.             PERSON & CRAVER LLP
                                                John C. Person (pro hac vice)
By: /s/ Francis L. Lloyd, Jr.                   1025 Connecticut Ave., NW, Suite 600
    Francis L. Lloyd, Jr. (BPR # 009808)        Washington D.C. 20036
    9111 Cross Park Drive, Suite D-200          (202) 466-4434
    Knoxville, Tennessee 37923
    (865) 470-4077

*Attorneys for Perma-Fix Northwest Richland, Inc.*

STITES & HARBISON PLLC

By: /s/ M. Clark Spoden
    M. Clark Spoden (BPR # 007364)
    William L. Penny (BPR # 009606)
    401 Commerce Street, Suite 800
    Nashville, Tennessee 37219
    (615) 782-2200

*Attorneys for E. I. Du Pont de Nemours*

2